**Order entered February 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01187-CR

**RICHARD GEORGE FLECK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-82469-2014**

## ORDER

The Court GRANTS the State's second motion to extend the time to file the State's brief.

We ORDER the Clerk of the Court to file the brief tendered as of the date of this order.


/s/  LANA MYERS
   JUSTICE